Case 4:22-cv-03385   Document 217   Filed on 01/17/25 in TXSD   Page 1 of 3

United States District Court
Southern District of Texas
**ENTERED**
January 18, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| CFE INTERNATIONAL LLC,<br><br>Plaintiff,<br><br>v.<br><br>GUILLERMO TURRENT SCHNAAS and<br>JAVIER GUTIÉRREZ BECERRIL,<br><br>Defendants. | Case No. 4:22-cv-03385 |

**FIFTH AMENDED SCHEDULING AND DOCKET CONTROL ORDER**

The plaintiff, CFE International LLC, has filed a Motion for Entry of a Fifth Amended Scheduling and Docket Control Order and Request for Expedited Ruling. (Docket Entry No. 214). The motion asks for a 90-day extension of all deadlines. The request is based on the fact that there are multiple outstanding depositions to be noticed and taken, the defendants recently produced 26,000 documents, and CFE International's executive team has recently changed. (*Id.* at 1–2); (Docket Entry No. 216). The defendants oppose the motion, arguing that further delay is unwarranted. (Docket Entry No. 215).

The court finds that the plaintiff has shown good cause for an extension, but also recognizes that this case has already seen multiple delays. The court believes that an approximately 60-day extension of all deadlines is sufficient to address the plaintiff's concerns without creating unwarranted delay. The remaining disposition of this case will be controlled by the following amended schedule:

1. March 31, 2025      **COMPLETION OF FACT DISCOVERY**

   Written discovery requests are not timely if they are filed so close to this deadline that under the Federal Rules of

|   |   |   |
|---|---|---|
|   |   | Civil Procedure the response would not be due until after the deadline. |
| 2. | May 7, 2025 | **EXPERTS ON MATTERS OTHER THAN ATTORNEY'S FEES** |
|   |   | The plaintiff (or the party with the burden of proof on an issue) will designate expert witnesses in writing and provide the report required by Rule 26(a)(2) of the Federal Rules of Civil Procedure. |
|   | June 25, 2025 | The opposing party will designate expert witnesses in writing and provide the report required by Rule 26(a)(2) of the Federal Rules of Civil Procedure. |
|   | August 6, 2025 | Plaintiff will provide reply expert reports. Any expert depositions will be conducted after this date. |
| 3. | May 28, 2025 | **MEDIATION** |
|   |   | Mediation or other form of dispute resolution must be completed by this deadline. |
| 4. | September 11, 2025 | **COMPLETION OF EXPERT DISCOVERY** |
| 5. | October 8, 2025 | **PRETRIAL DISPOSITIVE MOTION DEADLINE** |
|   |   | No motion may be filed after this date except for good cause. |
| 6. | January 7, 2026 | **JOINT PRETRIAL ORDER AND MOTION IN LIMINE DEADLINE** |
|   |   | The Joint Pretrial Order will contain the pretrial disclosures required by Rule 26(a)(3) of the Federal Rules of Civil Procedure. Plaintiff is responsible for timely filing the complete Joint Pretrial Order. Failure to file a Joint Pretrial Order timely may lead to dismissal or other sanction in accordance with the applicable rules. |
| 9. | January 20, 2026 | **DOCKET CALL** |
|   |   | Docket Call will be held at 2:00 p.m. in Courtroom 11-B, United States Courthouse, 515 Rusk, Houston, Texas. No documents filed within 7 days of the Docket Call will be considered. Pending motions may be ruled on at docket call, and the case will be set for trial as close to the docket call as practicable. |

Any party wishing to make any discovery motions should arrange for a pre-motion conference with the court before the preparation and submission of any motion papers. That includes a motion to compel, to quash, or for protection. Email Ms. Glenda Hassan at Glenda_Hassan@txs.uscourts.gov or fax her at 713-250-5213 to arrange for a pre-motion conference. Notify your adversary of the date and time for the conference.

The parties agree to submit attorney's fees issues to the court by affidavit after liability and damages are resolved.

SIGNED on January 17, 2025, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge